■ FREDERICK D. TAYLOR, Respondent, v DANRICH HOMES, INC., Appellant. [965 NYS2d 922]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered August 3, 2012. The order granted the motion of plaintiff for summary judgment on the issue of Labor Law § 240 (1) liability.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Lindley and Valentino, JJ.